# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5142**                    **September Term, 2023**

**1:22-cv-00860-DLF**

**Filed On:** July 9, 2024

Ipsen Biopharmaceuticals, Inc.,

      Appellant

    v.

Xavier Becerra, in his official capacity as
Secretary of Health and Human Services, et
al.,

      Appellees


    **BEFORE:**    Wilkins, Katsas and Rao, Circuit Judges

# <u>UNDER SEAL OPINION NOT AVAILABLE TO PUBLIC</u>